```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/18/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
STRIKE 3 HOLDINGS, LLC,

                              Plaintiff,                            24-CV-5657 (AKH) (KHP)

              -against-                           **ORDER ADJOURNING INITIAL**
                                                                      **CASE MANAGEMENT**
JOHN DOE subscriber assigned IP address :                 **CONFERENCE**
173.3.166.240,

                              Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       In light of the Notice of Voluntary Dismissal filed on February 14, 2025 (doc. no 13) the Initial Case Management Conference currently scheduled for **March 3, 2025** is hereby adjourned *sine die*.

       **SO ORDERED.**

DATED:     New York, New York
                February 18, 2025

                                                          _____
                                                           KATHARINE H. PARKER
                                                           United States Magistrate Judge